| PROB 22 (Rev. 1/24) | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 22CR01444-001-CAB |
| | DOCKET NUMBER (Rec. Court) |
| | 2:26-cr-00025-GMN-BNW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sabriana Williams<br>District of Nevada | Southern California | San Diego |

| NAME OF SENTENCING JUDGE |
|---|
| Cathy Ann Bencivengo<br>U.S. District Judge |

| DATES OF | FROM | TO |
|---|---|---|
| supervised release | 3/4/2025 | 3/3/2028 |

OFFENSE

21 U.S.C. §§ 841(c) and 846, Conspiracy to Distribute Marijuana, a Class C felony

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Williams has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Date 2/5/2026

Cathy Ann Bencivengo
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date February 23, 2026

United States District Judge

bmc

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Sabriana Williams
Case No.:  TO BE ASSIGNED

**<u>REQUESTING ACCEPTANCE OF JURISDICTION</u>**

February 6, 2026

TO:    United States District Judge

On November 3, 2023, Sabriana Williams was sentenced in the Southern District of California by the Honorable Judge Cathy Ann Bencivengo to a term of 18 months imprisonment followed by three (3) years of supervised release for committing the offense of Conspiracy to Distribute Marijuana. On March 4, 2025, Williams commenced her supervised release in the District of Nevada.

Williams has no intention of returning to the Southern District of California. As such, the Probation Officer respectfully requests the Court accept jurisdiction of the case. As noted by the signature on the attached Transfer of Jurisdiction for (Prob 22), U.S. District Judge Cathy Ann Bencivengo has agreed to relinquish jurisdiction. Should the Court agree with the request, the Transfer of Jurisdiction form is attached for Your Honor's signature.

Respectfully submitted,

_____
Victoria Willard
Probation Officer Assistant

Approved:

_____
Amberleigh Barajas
Supervisory United States Probation Officer