**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

SABRIANA WILLIAMS,

                Defendant.

Case No.: 2:26-cr-00025-GMN-BNW

**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

Pending before the Court is Defendant Sabriana Williams' Motion for Early Termination of Supervised Release, (ECF No. 6). The Government filed a Non-Opposition, (ECF No. 7), indicating that it does not oppose Defendant's Motion.

After considering a subset of the 18 U.S.C. § 3553(a) sentencing factors, a court may terminate an individual's supervision if he has completed one year of supervision and the court determines that early termination "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C § 3583(e)(1). Defendant states she has fully complied with all conditions of her supervision, committed no violations, has not failed a drug test, and has maintained contact with her probation officer. (*See generally* Mot. for Early Termination, ECF No. 6). She explains that early termination of her supervision would allow her to complete the necessary licensing needed to become a real estate agent. (*Id.*). Moreover, the Government explains that neither it nor the U.S. Probation Office opposes Defendant's request. (Resp. 1:17–2:2, 2 at n. 1, ECF No. 7). Here, the Court finds that Defendant meets both the statutory and discretionary criteria for early termination of supervision. Moreover, the Court acknowledges that the Motion is unopposed.

///

///

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Early Termination of Supervised Release, (ECF No. 6), is **GRANTED**.

**DATED** this ___8___ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court